**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

April 6, 2011

Clerk, U.S. Bankruptcy Court

RE: Alan W. Updegrove
    Bankruptcy Case No. 1-04-04905
    Unclaimed Funds For: Suntech
                 PO Box 6004
                 Ridgeland MS 39158-6004

Dear Clerk:

    Enclosed herewith please find check No. 1014567 for $2,322.78 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                        Very truly yours,

                                        /s/ Carol A. Kreider

                                        Carol A. Kreider
                                        Funds Manager

